B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Michael Joseph Bogart**  
Debtor(s)

Case No.  **14-34665**  
Chapter  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No. 1

| **Creditor's Name:** <br> **Anchor Bay Condominium Association, Inc.** | **Describe Property Securing Debt:** <br> Homestead:   300 Three Islands Blvd., Apt. 520, Hallandale FL 33009 |
|---|---|

Property will be (check one):  
☐ Surrendered       ■ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
■ Reaffirm the debt  
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
■ Claimed as Exempt       ☐ Not claimed as exempt

Property No. 2

| **Creditor's Name:** <br> **Citi Mortgage** | **Describe Property Securing Debt:** <br> Homestead:   300 Three Islands Blvd., Apt. 520, Hallandale FL 33009 |
|---|---|

Property will be (check one):  
☐ Surrendered       ■ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
■ Reaffirm the debt  
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
■ Claimed as Exempt       ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No. 1

| **Lessor's Name:** <br> **-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ YES       ☐ NO |
|---|---|---|

B8 (Form 8) (12/08) Page 2

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date **November 19, 2014**     Signature **/s/ Michael Joseph Bogart**
 **Michael Joseph Bogart**
 Debtor

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy