UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

MICHAEL JOSEPH BOGART,

    Debtor.
_____/

CASE NO.: 14-34665-RBR

Chapter 7  Proceeding

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that THE OLIVIER FAMILY TRUST, appears herein by their counsel, **BEHAR, GUTT & GLAZER, P.A.**, and demands pursuant to Rules 2001(a), 2002 and 9007 of the Bankruptcy Rules and Sections 101(1), 342 and 1109(b) of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the following address and telephone number:

> BEHAR, GUTT & GLAZER, P.A.
> 2999 N.E. 191st Street, Fifth Floor
> Aventura, Florida  33180
> Telephone:  (305) 931-3771
> Bsb@bgglaw.com
> Attention:  **BRIAN S. BEHAR, ESQUIRE**

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which may affect or seek to affect any way any rights or interests of THE OLIVIER FAMILY TRUST, with respect to the Debtor's property or proceeds thereof in which the Debtor may claim an interest.

**I HEREBY CERTIFY** that on **December 1, 2014**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and that the foregoing document is being served this day on all counsel of record or pro se parties identified, either via transmission of Notices of Electronic Filing

-2-

generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        BEHAR, GUTT & GLAZER, P.A.
        Attorneys for The Olivier Family Trust
        2999 N.E. 191st Street, Fifth Floor
        Aventura, Florida  33180
        Telephone:  (305) 931-3771
        Fax:  (305) 931-3774

By    S/ **Brian S. Behar**
BRIAN S. BEHAR / FBN: 727131
ROBERT J. EDWARDS /FBN: 007544