UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Case No.: 14-34665
 Chapter 7

MICHAEL JOSEPH BOGART

_____Debtor_____/

## NOTICE OF APPEARANCE, REQUEST FOR SERVICE AND DESIGNATION OF EMAIL

Aponte Law, P.A. hereby enters its Notice of Appearance, Request for Service and Designation of Email on behalf of Creditor, EDUARDO O'TOOLE, in the above styled cause. The undersigned requests that they be served with copies of all notices, pleadings, motions, orders and other documents filed in these proceedings and hereby designations the following email address for service in this specific case:

E-Mail #1: service@apontelegal.com

E-Mail #2: emily@apontelegal.com

Where service of hard copies is to be made in addition to the email service, counsel request that the copies be served upon them at the physical address listed below.

Aponte Law, P.A.
5300 West Atlantic Ave, Suite 505
Delray Beach, FL 33484

Dated: January 23, 2015

/s/     Darren Aponte
Darren Aponte, Esq.
Aponte Law, P.A.
Florida Bar Number 83597
5300 West Atlantic Avenue, Suite 505
Delray Beach, FL 333484
P: 954.719.7900
F: 888.600.9180