EXHIBIT   C

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| OLIVIER FAMILY INTERESTS, LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| RUSSELL WRIGHT, et al., | ) |
| | ) |
| Defendants. | ) |

## VERDICT

## VERDICT FORM A

### VERDICT AS TO BREACH OF CONTRACT - OPERATING AGREEMENT - RUSSELL WRIGHT

Note: Complete this form by writing in the name required by your verdict.

On the claim of OFI for breach of the Operating Agreement against Russell Wright, we the jury find in favor of:

_____OFI_____

(Plaintiff OFI) or (Defendant Russell Wright)

Note: Complete the following paragraph only if your finding is in favor of Plaintiff OFI.

We the jury assess the damages of Plaintiff OFI at $ ~~two million~~ 2.8 million

(Stating the amount)

_____     _____5/23/12_____
Foreperson                                                    Date

# VERDICT FORM B

## VERDICT AS TO BREACH OF CONTRACT - CONTRIBUTION AGREEMENT - RUSSELL WRIGHT

On the claim of OFI for breach of the Contribution Agreement against Russell Wright, we the jury find in favor of:

_____OFI_____

(Plaintiff OFI) or (Defendant Russell Wright)

Note: Complete the following paragraph only if your finding is in favor of Plaintiff OFI.

We the jury assess the damages of Plaintiff OFI at $ __3.5 million__

(Stating the amount)

_____[signature]_____                    __5/23/12__
Foreperson                                Date

# VERDICT FORM C

## VERDICT AS TO BREACH OF CONTRACT - CONTRIBUTION AGREEMENT - MICHAEL BOGART

On the claim of OFI for breach of the Contribution Agreement against Michael Bogart, we the jury find in favor of:

_____OFI_____

(Plaintiff OFI) or (Defendant Michael Bogart)

Note: Complete the following paragraph only if your finding is in favor of Plaintiff OFI.

We the jury assess the damages of Plaintiff OFI at $ _____∅_____

(Stating the amount)

_____                    _____5/23/12_____
Foreperson                                                         Date

## VERDICT FORM D

### VERDICT AS TO FRAUDULENT MISREPRESENTATION - LICENSED TECHNOLOGY

On the claim of OFI for fraudulent misrepresentation, we the jury find in favor of:

_____OFI_____

(Plaintiff OFI) or (Defendant Russell Wright)

___~~OFI~~ _rm_ Joseph Wright___

(Plaintiff OFI) or (Defendant Joseph Wright)

___~~OFI~~ _rm_ Don Wood___

(Plaintiff OFI) or (Defendant Don Wood)

___~~OFI~~ _rm_ Michael Bogart___

(Plaintiff OFI) or (Defendant Michael Bogart)

Note: Complete the following paragraph only if one or more of the above findings is in favor of Plaintiff OFI.

We the jury assess the damages of Plaintiff OFI as follows:

For actual damages, $ __3 million__ (stating the amount)

For punitive damages against Russell Wright $ __3 million__ (stating the amount, or if none, write "none").

For punitive damages against Joseph Wright $ _____ (stating the amount, or if none, write "none").

For punitive damages against Don Wood $ \_\_\_\_0\_\_\_\_ (stating the amount, or if none, write "none").

For punitive damages against Michael Bogart $ \_\_\_\_0\_\_\_\_ (stating the amount, or if none, write "none").

_____  \_\_\_\_5/23/12_____
Foreperson                                                                          Date

# VERDICT FORM E

## VERDICT AS TO NEGLIGENT MISREPRESENTATION - LICENSED TECHNOLOGY

On the claim of OFI for negligent misrepresentation regarding the Licensed Technology, we the jury find in favor of:

_____

(Plaintiff OFI) or (Defendant Russell Wright)

_____OFI_____

(Plaintiff OFI) or (Defendant Joseph Wright)

_____OFI_____

(Plaintiff OFI) or (Defendant Don Wood)

_____OFI_____

(Plaintiff OFI) or (Defendant Michael Bogart)

Note: Complete the following paragraph only if one or more of the above findings is in favor of Plaintiff OFI.

We the jury assess the damages of Plaintiff OFI as follows:

For actual damages, $ __1.2 million__ (stating the amount)

For punitive damages against Russell Wright $ _____ (stating the amount, or if none, write "none").

For punitive damages against Joseph Wright $ __250,000__ (stating the amount, or if none, write "none").

For punitive damages against Don Wood $ __50,000__ (stating the amount, or if none, write "none").

For punitive damages against Michael Bogart $ __200,000__ (stating the amount, or if none, write "none").

_____    _5/23/12_
Foreperson                                                  Date

## VERDICT FORM F

VERDICT AS TO NEGLIGENT MISREPRESENTATION - OPERATIONS

On the claim of OFI for negligent misrepresentation regarding operations, we the jury find in favor of:

_____OFI_____
(Plaintiff OFI) or (Defendant Russell Wright)

_____OFI_____
(Plaintiff OFI) or (Defendant Joseph Wright)

_____OFI_____
(Plaintiff OFI) or (Defendant Don Wood)

_____Michael Bogart_____
(Plaintiff OFI) or (Defendant Michael Bogart)

Note: Complete the following paragraph only if one or more of the above findings is in favor of Plaintiff OFI.

We the jury assess the damages of Plaintiff OFI as follows:

For actual damages, $ __4.5 million__ (stating the amount)

For punitive damages against Russell Wright $ __3 million__ (stating the amount, or if none, write "none").

For punitive damages against Joseph Wright $ __1 million__ (stating the amount, or if none, write "none").

For punitive damages against Don Wood $ \_\_\_0\_\_\_\_ (stating the amount, or if none, write "none").

For punitive damages against Michael Bogart $ \_\_\_0\_\_\_\_ (stating the amount, or if none, write "none").

_____  \_\_\_\_5/23/12_____

Foreperson                                      Date

# VERDICT FORM G

## VERDICT AS TO CIVIL CONSPIRACY

On the claim of OFI for civil conspiracy, we the jury find in favor of:

_____OFI_____

(Plaintiff OFI) or (Defendant Russell Wright)

_____OFI_____

(Plaintiff OFI) or (Defendant Joseph Wright)

_____OFI_____

(Plaintiff OFI) or (Defendant Don Wood)

_____OFI_____

(Plaintiff OFI) or (Defendant Michael Bogart)

Note: Complete the following paragraph only if one or more of the above findings is in favor of Plaintiff OFI.

We the jury assess the damages of Plaintiff OFI as follows:

For actual damages, $ ____0____ (stating the amount)

For punitive damages against Russell Wright $ ____0____ (stating the amount, or if none, write "none").

For punitive damages against Joseph Wright $ ____0____ (stating the amount, or if none, write "none").

For punitive damages against Don Wood $ ~~0~~ (stating the amount, or if none, write "none").

For punitive damages against Michael Bogart $ ~~0~~ (stating the amount, or if none, write "none").

_____        5/23/12
Foreperson                                                        Date

## VERDICT FORM H

### VERDICT AS TO BREACH OF FIDUCIARY DUTY - RUSSELL WRIGHT

On the claim of OFI for breach of fiduciary duty against Russell Wright, we the jury find in favor of:

_____OFI_____

(Plaintiff OFI) or (Defendant Russell Wright)

Note: Complete the following paragraph only if your finding is in favor of Plaintiff OFI.

We the jury assess the damages of Plaintiff OFI as follows:

For actual damages $ __2 million__ (stating the amount)

For punitive damages $ __0__ (stating the amount, or if none, write "none").

_____[signature]_____                _____5/23/12_____
Foreperson                                Date

# VERDICT FORM I

## VERDICT AS TO BREACH OF FIDUCIARY DUTY - MICHAEL BOGART

On the claim of OFI for breach of fiduciary duty against Michael Bogart we the jury find in favor of:

_____ OFI _____

(Plaintiff OFI) or (Defendant Michael Bogart)

Note: Complete the following paragraph only if your finding is in favor of Plaintiff OFI.

We the jury assess the damages of Plaintiff OFI as follows:

For actual damages $ __500,000__ (stating the amount)

For punitive damages $ __0__ (stating the amount, or if none, write "none").

_____         __5/23/12__
Foreperson                                              Date

## VERDICT FORM J

VERDICT AS TO RICO CLAIM

On the claim of OFI for RICO violations, we the jury find in favor of:

_____OFI_____

(Plaintiff OFI) or (Defendant Russell Wright)

_____OFI_____

(Plaintiff OFI) or (Defendant Joseph Wright)

_____OFI_____

(Plaintiff OFI) or (Defendant Don Wood)

_____OFI_____

(Plaintiff OFI) or (Defendant Michael Bogart)

Note: Complete the following paragraph only if your finding is in favor of Plaintiff OFI.

We the jury assess the damages of Plaintiff OFI at $ __4.3 million__

(Stating the amount)

_____/s/ John Marks_____          _____3/23/12_____

Foreperson                                                                Date