# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| THE OLIVIER FAMILY INTERESTS LTD. and GBS INTERNATIONAL, L.L.C., <br><br>Plaintiffs, <br><br>v. <br><br>RUSSELL WRIGHT et al., <br><br>Defendants. | No. 08-3075-CV-S-DW |

## JUDGMENT

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdicts.

**VERDICT AS TO BREACH OF CONTRACT - OPERATING AGREEMENT - RUSSELL WRIGHT.** On the claim of Olivier Family Interests, Ltd. ("OFI") for breach of contract (Operating Agreement) against Russell Wright, the jury finds in favor of OFI and assesses damages in the amount of $2,800,000.

**VERDICT AS TO BREACH OF CONTRACT - CONTRIBUTION AGREEMENT - RUSSELL WRIGHT.** On the claim of OFI for breach of contract (Contribution Agreement) against Russell Wright, the jury finds in favor of OFI and assesses damages in the amount of $3,500,000.

**VERDICT AS TO BREACH OF CONTRACT - CONTRIBUTION AGREEMENT - MICHAEL BOGART.** On the claim of OFI for breach of contract (Contribution Agreement) against Michael Bogart, the jury finds in favor of OFI and assesses damages in the amount of $0.

**VERDICT AS TO FRAUDULENT MISREPRESENTATION - LICENSED TECHNOLOGY.** On the claim of OFI for fraudulent misrepresentation (Licensed Technology) against Russell Wright, the jury finds in favor of OFI and assesses actual damages in the amount of $3,000,000 and punitive damages in the amount of $3,000,000. On the claim of OFI for fraudulent misrepresentation (Licensed Technology) against Joseph Wright, Don Wood and Michael Bogart, the jury finds in favor of Joseph Wright, Don Wood and Michael Bogart.

**VERDICT AS TO NEGLIGENT MISREPRESENTATION - LICENSED TECHNOLOGY.** On the claim of OFI for negligent misrepresentation (Licensed Technology) against Joseph Wright, Don Wood and Michael Bogart, the jury finds in favor of OFI and assesses actual damages in the amount of $1,100,000. The jury assesses punitive damages against Joseph Wright in the amount of $250,000, Don Wood in the amount of $50,000 and Michael Bogart in the amount of $800,000.

**VERDICT AS TO NEGLIGENT MISREPRESENTATION - OPERATIONS.** On the claim of OFI for negligent misrepresentation (Operations) against Russell Wright, Joseph Wright and Don Wood, the jury finds in favor of OFI and assesses actual damages in the amount of $4,500,000. The jury assesses punitive damages against Russell Wright in the amount of $3,000,000, Joseph Wright in the amount of $1,000,000 and Don Wood in the amount of $0. On the claim of OFI for negligent misrepresentation (Operations) against Michael Bogart, the jury finds in favor of Michael Bogart.

**VERDICT AS TO CIVIL CONSPIRACY.** On the claim of OFI for civil conspiracy against all defendants, the jury finds in favor of OFI. The jury assesses actual and punitive damages in the amount of $0.

**VERDICT AS TO BREACH OF FIDUCIARY DUTY - RUSSELL WRIGHT.** On the claim of OFI for breach of fiduciary duty against Russell Wright, the jury finds in favor of OFI and assesses actual damages in the amount of $2,000,000 and punitive damages in the amount of $0.

**VERDICT AS TO BREACH OF FIDUCIARY DUTY - MICHAEL BOGART.** On the claim of OFI for breach of fiduciary duty against Michael Bogart, the jury finds in favor of OFI and assesses actual damages in the amount of $500,000 and punitive damages in the amount of $0.

**VERDICT AS TO RICO CLAIM.** On the claim of OFI for breach of the Racketeer Influenced Corrupt Organization Act ("RICO") against all defendants, the jury finds in favor of OFI and assesses actual damages in the amount of $4,300,000.

The Court finds that the jury awards on Plaintiffs' claims for breach of contract, fraudulent misrepresentation, negligent misrepresentation, breach of fiduciary duty and violations of RICO are for the same harm, therefore the jury awards merge. See Bold v. Simpson, 802 F.2d 314, 321 (8th Cir. 1986); Davis v. Cleary Bldg. Corp., 143 S.W.3d 659, 669-70 (Mo. Ct. App. 2004). The case law establishes that the appropriate remedy is for judgment to be entered on the larger of the verdicts. Structural Polymer Group, Ltd. v. Zoltek Corp., No. 05-321, 2007 WL 1083999, at *4 (E.D. Mo. Apr. 11, 2007). The jury found in favor of Plaintiff OFI on its RICO claim against Defendants Russell Wright, Joseph Wright, Don Wood and Michael Bogart in the amount of $4,300,000. A plaintiff who recovers under RICO "shall recover threefold the damages he sustains." See 18 U.S.C. § 1964(c). Accordingly, it is hereby ordered that

JUDGMENT IS ENTERED in favor of OFI on its RICO claim against Defendants

Russell Wright, Joseph Wright, Don Wood and Michael Bogart in the amount of $12,900,000.

The parties shall file any post-trial motions or appeals within the time provided for in the Federal Rules of Procedure.

SO ORDERED.

Date: May 30, 2012                    /s/ Dean Whipple
                                      Dean Whipple
                                      United States District Judge