EXHIBIT     E

**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | |
|---|---|
| **THE OLIVIER FAMILY INTERESTS, LTD**<br>     **et al** ) ) ) | |
| **Plaintiffs.** ) | |
| **v.** ) | **Case No. 08-3075-CV-S-JCE** |
| ) | |
| **RUSSELL WRIGHT, et al** ) | |
| **Defendants.** ) | |

**NOTICE OF APPEAL**

Notice is hereby given that RUSSELL WRIGHT and MICHAEL BOGART,

Defendants in the above named case, hereby appeal to the United States Court of

Appeal for the 8th Circuit from the final judgment entered in this action on the 30th

day of May, 2012.

Respectfully submitted.

BY: /s/ Jack N. Brill II
        Jack N. Brill II
        8215 Goldfinch
        Neosho, MO 64850
        Ph. (417) 825-5713
        Fx. (918) 919-6100
        Attorney for Defendant
        Michael Bogart

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was filed electronically with the Clerk of the Court to be served via operation of the Court's electronic filing system this 30th day of June, 2012, to the following:

A.  James Lynn
6280 Walling Lane
Dallas, Texas 75202


Christopher Hohn
Matthew Guletz
One U.S. Bank Plaza
St. Louis, MO 63101


Wallace Squibb
3840 S. Cox Ave.
Ste. F102
Springfield, MO 65808


BGI Limited Company
c/o David L. Wieland
Wieland & Condry, LLC
1548 E. Primrose
Springfield, MO 65804


Bruce Galloway
107 N. 2nd Street
Ozark, MO 65721


/s/ Jack Brill II

EXHIBIT    F

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

———————————————

No: 12-2573

———————————————

Olivier Family Interests, LTD; GBS International, L.L.C.

Plaintiffs - Appellees

v.

Russell Wright, Deceased; Michael Bogart

Defendants - Appellants

Doris Wright, Personal representative of Russell Wright

Appellant

Robert Feeney; Stoam Holding, LLC; Doris Wright; Certain Other Unnamed Defendants; KMA Trust; Russell Wright; JJA Trust; Patrick Clawson; Russell Wright, doing business as MLO Consulting; Russell Wright, doing business as Bluegrass Holdings; Russell Wright, doing business as Penny Investments; Doris Wright, Trustee of the Doris E. Wright Living Trust; Joseph P. Wright; Don Wood; Elana Bogart; Jerry Lahr, doing business as Penny Investments; Jerry Lahr, Trustee of the KMA Trust; Jacqueline Demer; Stoam Industries, LLC; Development Systems, LLC; Financial Freedom Associates, LLC; Michael David Beiter; Donna Beiter; Joel Ceballos; Jason Peterson; G. D. Jalil; Bank of America, NA; Wild Rose Estates, LLC; BGI Limited Company, LLC

Defendants

No: 12-3021

Olivier Family Interests, LTD; GBS International, L.L.C.

Plaintiffs - Appellees

v.

Russell Wright; Michael Bogart; Robert Feeney; Stoam Holding, LLC; Doris Wright; Certain
Other Unnamed Defendants; KMA Trust; Russell Wright; JJA Trust; Patrick Clawson; Russell
Wright, doing business as MLO Consulting; Russell Wright, doing business as Bluegrass
Holdings; Russell Wright, doing business as Penny Investments; Doris Wright, Trustee of the
Doris E. Wright Living Trust

Defendants

Joseph P. Wright

Defendant - Appellant

Don Wood; Elana Bogart; Jerry Lahr, doing business as Penny Investments; Jerry Lahr, Trustee
of the KMA Trust; Jacqueline Demer; Stoam Industries, LLC; Development Systems, LLC;
Financial Freedom Associates, LLC; Michael David Beiter; Donna Beiter; Joel Ceballos; Jason
Peterson; G. D. Jalil; Bank of America, NA; Wild Rose Estates, LLC; BGI Limited Company,
LLC

Defendants

--------------------

No: 12-3024

--------------------


Olivier Family Interests, LTD; GBS International, L.L.C.

Plaintiffs - Appellees

v.

Russell Wright; Michael Bogart; Robert Feeney; Stoam Holding, LLC; Doris Wright; Certain Other Unnamed Defendants; KMA Trust; Russell Wright; JJA Trust; Patrick Clawson; Russell Wright, doing business as MLO Consulting; Russell Wright, doing business as Bluegrass Holdings; Russell Wright, doing business as Penny Investments; Doris Wright, Trustee of the Doris E. Wright Living Trust; Joseph P. Wright

Defendants

Don Wood

Defendant - Appellant

Elana Bogart; Jerry Lahr, doing business as Penny Investments; Jerry Lahr, Trustee of the KMA Trust; Jacqueline Demer; Stoam Industries, LLC; Development Systems, LLC; Financial Freedom Associates, LLC; Michael David Beiter; Donna Beiter; Joel Ceballos; Jason Peterson; G. D. Jalil; Bank of America, NA; Wild Rose Estates, LLC; BGI Limited Company, LLC

Defendants

--------------------

Appeals from U.S. District Court for the Western District of Missouri - Springfield
(6:08-cv-03075-DW)
(6:08-cv-03075-DW)

--------------------


**JUDGMENT**

These appeals from the United States District Court were submitted on the records of the

district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in these causes is affirmed in accordance with the opinion of this Court.

August 27, 2013

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
                /s/ Michael E. Gans