EXHIBIT   F

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No: 12-2573

_____

Olivier Family Interests, LTD; GBS International, L.L.C.

Plaintiffs - Appellees

v.

Russell Wright, Deceased; Michael Bogart

Defendants - Appellants

Doris Wright, Personal representative of Russell Wright

Appellant

Robert Feeney; Stoam Holding, LLC; Doris Wright; Certain Other Unnamed Defendants; KMA Trust; Russell Wright; JJA Trust; Patrick Clawson; Russell Wright, doing business as MLO Consulting; Russell Wright, doing business as Bluegrass Holdings; Russell Wright, doing business as Penny Investments; Doris Wright, Trustee of the Doris E. Wright Living Trust; Joseph P. Wright; Don Wood; Elana Bogart; Jerry Lahr, doing business as Penny Investments; Jerry Lahr, Trustee of the KMA Trust; Jacqueline Demer; Stoam Industries, LLC; Development Systems, LLC; Financial Freedom Associates, LLC; Michael David Beiter; Donna Beiter; Joel Ceballos; Jason Peterson; G. D. Jalil; Bank of America, NA; Wild Rose Estates, LLC; BGI Limited Company, LLC

Defendants

No: 12-3021

Olivier Family Interests, LTD; GBS International, L.L.C.

Plaintiffs - Appellees

v.

Russell Wright; Michael Bogart; Robert Feeney; Stoam Holding, LLC; Doris Wright; Certain Other Unnamed Defendants; KMA Trust; Russell Wright; JJA Trust; Patrick Clawson; Russell Wright, doing business as MLO Consulting; Russell Wright, doing business as Bluegrass Holdings; Russell Wright, doing business as Penny Investments; Doris Wright, Trustee of the Doris E. Wright Living Trust

Defendants

Joseph P. Wright

Defendant - Appellant

Don Wood; Elana Bogart; Jerry Lahr, doing business as Penny Investments; Jerry Lahr, Trustee of the KMA Trust; Jacqueline Demer; Stoam Industries, LLC; Development Systems, LLC; Financial Freedom Associates, LLC; Michael David Beiter; Donna Beiter; Joel Ceballos; Jason Peterson; G. D. Jalil; Bank of America, NA; Wild Rose Estates, LLC; BGI Limited Company, LLC

Defendants

No: 12-3024

Olivier Family Interests, LTD; GBS International, L.L.C.

Plaintiffs - Appellees

v.

Russell Wright; Michael Bogart; Robert Feeney; Stoam Holding, LLC; Doris Wright; Certain Other Unnamed Defendants; KMA Trust; Russell Wright; JJA Trust; Patrick Clawson; Russell Wright, doing business as MLO Consulting; Russell Wright, doing business as Bluegrass Holdings; Russell Wright, doing business as Penny Investments; Doris Wright, Trustee of the Doris E. Wright Living Trust; Joseph P. Wright

Defendants

Don Wood

Defendant - Appellant

Elana Bogart; Jerry Lahr, doing business as Penny Investments; Jerry Lahr, Trustee of the KMA Trust; Jacqueline Demer; Stoam Industries, LLC; Development Systems, LLC; Financial Freedom Associates, LLC; Michael David Beiter; Donna Beiter; Joel Ceballos; Jason Peterson; G. D. Jalil; Bank of America, NA; Wild Rose Estates, LLC; BGI Limited Company, LLC

Defendants

Appeals from U.S. District Court for the Western District of Missouri - Springfield
(6:08-cv-03075-DW)
(6:08-cv-03075-DW)

**JUDGMENT**

These appeals from the United States District Court were submitted on the records of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in these causes is affirmed in accordance with the opinion of this Court.

August 27, 2013

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans