

**ORDERED in the Southern District of Florida on March 20, 2015.**

**Raymond B. Ray, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

MICHAEL J. BOGART,                    Case No. 14-34665-RBR
                                       Chapter 7
    Debtor(s).
_____/

**AGREED ORDER GRANTING TRUSTEE'S SECOND
MOTION TO EXTEND TIME TO: (I) OBJECT TO DEBTOR'S DISCHARGE
UNDER 11 U.S.C. § 727; AND (II) OBJECT TO DEBTOR'S CLAIMED EXEMPTIONS**

THIS CAUSE came before the Court upon the Trustee's Second Motion to Extend Time to: (I) Object to Debtor's Discharge Under U.S.C. § 727; and (II) Object to Debtor's Claimed Exemptions [ECF No. 54] (the "*Motion*"). The Court, having reviewed the Motion, having noted the agreement of the parties, and finding good cause to grant the Motion, it is

**ORDERED** that:

1.  The Motion is **GRANTED**.

2. The deadline by which the Trustee may object to the Debtor's discharge under 11 U.S.C. § 727, is extended through and including April 22, 2015.

3. The deadline by which the Trustee may file an objection to the Debtor's claimed exemptions is extended through and including April 22, 2015.

4. These extensions are without prejudice to the Trustee to seeking additional extensions either by agreement or otherwise.

###

**Submitted By:**
Lawrence E. Pecan, Esquire
Florida Bar No. 990866
lpecan@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
*Counsel for the Trustee*
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone:    (305) 358-6363
Telefax:       (305) 358-1221

**Copies Furnished To:**
Lawrence E. Pecan, Esquire, is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.