UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

MICHAEL JOSEPH BOGART,                                   Case No. 14-34665-RBR

                                                         Chapter 7

        Debtor(s).

_____/

### TRUSTEE'S THIRD MOTION TO EXTEND TIME
### TO OBJECT TO DEBTOR'S DISCHARGE UNDER 11 U.S.C. § 727

        Kenneth A. Welt, the Chapter 7 Trustee (the *"Trustee"*) for the bankruptcy estate of

Debtor, MICHAEL J. BOGART (the *"Debtor"*), pursuant to Federal Rules of Bankruptcy

Procedure 4004, respectfully moves (the "*Motion*") for the entry of an order extending the time

period during which the Trustee may object to the Debtor's discharge under 11 U.S.C. § 727 (the

"*Discharge Deadline*.)  In support of the Motion, the Trustee states:

        1.      On November 5, 2014, the Debtor filed a voluntary petition for relief under

Chapter 7 of the Bankruptcy Code.  Subsequently, Kenneth A. Welt was appointed as the

Chapter 7 Trustee.

        2.      The §341 Meeting of Creditors was originally scheduled on December 23, 2014

[ECF No. 2], but continued and finally held and concluded on January 21, 2015.  *See ECF No.
38.*

        3.      On January 8, 2015, the Trustee filed the Agreed *Ex Parte* Motion to Extend Time

to: (I) Object to Debtor's Discharge Under 11 U.S.C. §727; and (II) Object to Debtor's Claimed

Exemptions [ECF No. 35], which was granted by the Court on January 13, 2015 [ECF No. 37].

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363
{Firm Clients/8703/8703-1/01536161.DOC.}

4.      On March 12, 2015, the Trustee filed his Second Motion to Extend Time to: (I) Object to Debtor's Discharge Under 11 U.S.C. §727; and (II) Object to Debtor's Claimed Exemptions [ECF No. 54], which was granted by the Court on March 20, 2015 [ECF No. 60] (the "***Order***").

5.      On March 20, 2015, the Trustee filed his Objection to Debtor's Claim of Exemptions [ECF No. 61], which is currently set for hearing on May 13, 2015. *See ECF No. 63*.

6.      Accordingly, pursuant to the Order the current Discharge Deadline is April 22, 2015.

7.      The Trustee has not completed his investigation and needs additional time to review and analyze documents received. As such, the Trustee requests that the Discharge Deadline be further extended up through and including May 22, 2015, so that the Trustee may conclude his investigation.

8.      This Motion is not being filed for purposes of delay, and the Debtor or any other interested party will not be unjustly prejudiced by the requested relief.

**WHEREFORE**, the Trustee respectfully requests that the Court enter an order extending the Discharge Deadline through and including May 22, 2015, and providing for such other and further relief as the Court deems just and proper.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363
{Firm Clients/8703/8703-1/01536161.DOC.}

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on April

22, 2015, via the Court's Notice of Electronic Filing upon the Registered Users listed on the

attached Exhibit 1 and via U.S. Mail upon Michael Joseph Bogart, 300 Three Islands Blvd., Apt.

520, Hallandale, FL 33009.

Dated: April 22, 2015.

s/ Lawrence E. Pecan
Lawrence E. Pecan, Esquire
Florida Bar No. 990866
lpecan@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221
*Counsel for Trustee*

3

## **EXHIBIT 1**

# Mailing Information for Case 14-34665-RBR

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Darren R. Aponte    darren@apontelegal.com, outsourcedparalegal@gmail.com,emily@apontelegal.com
- Becket and Lee LLP    notices@becket-lee.com
- Brian S Behar    bsb@bgglaw.net
- Eric S Brumfield    ericbrumfield@gmail.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Lawrence E Pecan    lpecan@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com
- Lindsey Savastano    lindsey.savastano@brockandscott.com, flbkecf@brockandscott.com
- Deborah S. Sugarman    dsugarman@kayebenderlaw.com
- Kenneth A Welt    fl10@ecfcbis.com;pacerfilings@gmail.com;kaw@trustesolutions.net;court@trusteeservices.biz